**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

NELSON DIEP,
Plaintiff

vs. C.A. NO. 03-604T

UNITED STATES OF AMERICA,
Defendant

# JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

Pursuant to a Memorandum and Order denying Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. §2255 dated September 22, 2005 signed and entered by Judge Ernest C. Torres, judgment hereby enters in favor of the Defendant.

Enter:

Deputy Clerk

Dated: September 23, 2005

8